Case 1:23-cv-01015-PLM-SJB ECF No. 6, PageID.83 Filed 10/03/23 Page 1 of 3
AO 440 (Rev. 01/09) Summons in a Civil Action (MDWD) (Rev. 12/15)
Case 1:23-cv-01015-PLM-SJB ECF No. 5, PageID.81 Filed 09/28/23 Page 2 of 3

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

The Huntington National Bank

v.

Abcor Partners, LLC et al

Case No. 1:23-cv-1015
Hon. Paul L. Maloney

TO: Jay T. Weis
ADDRESS: 719 Plymouth Ave. SE
East Grand Rapids, MI 49506

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Douglas C. Bernstein
Plunkett Cooney (Bloomfield Hills)
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304

CLERK OF COURT



By: Deputy Clerk

September 28, 2023
Date

---

## PROOF OF SERVICE

This summons for __Jay T. Weis__ (name of individual and title, if any) was received by me on __Friday Sept. 29, 2023__ (date)

☒ I personally served the summons on the individual at __719 Plymouth Ave, SE, East Grand Rapids, Mich. 06__ (place where served) on __Sept. 29, 2023__ (date) __2:15 pm.__

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.
Date: __Sept. 29, 2023__

Server's signature

GEORGE NOBEL II
62 B.D. CT. OFFICER
Server's printed name and title
(616) 451-9141
Server's address

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

The Huntington National Bank

v.

Abcor Partners, LLC et al

Case No. 1:23-cv-1015
Hon. Paul L. Maloney

TO: Abcor Partners, LLC
ADDRESS: Resident Agent Jay T. Weis
4690 128th Avenue
Holland, MI 49424

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Douglas C. Bernstein
Plunkett Cooney (Bloomfield Hills)
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304

CLERK OF COURT



By: Deputy Clerk      September 28, 2023

---

## PROOF OF SERVICE

This summons for ____Abcor Partners, LLC____ was received by me on __Friday, Sept. 29, 2023__
(name of individual and title, if any)      (date)

☐ I personally served the summons on the individual at _____
on _____ .                               (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☒ I served the summons on __JAY T. WEIS, Res. Agent - 719 Plymouth Ave SE, Grand Rapids MI__, who is designated by law to accept service
                             (name of individual)
of process on behalf of __Abcor Partners, LLC__     2:15pm on __Friday, Sept. 29, 2023__
                          (name of organization)                (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.
Date: _____

_George Nobel II_
Server's signature
GEORGE NOBEL II
62-B D. CT. OFFICER
(61___) Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

The Huntington National Bank

v.

Abcor Partners, LLC et al

Case No. 1:23-cv-1015
Hon. Paul L. Maloney

TO: Christine C. Weis
ADDRESS: 719 Plymouth Ave. SE
East Grand Rapids, MI 49506

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Douglas C. Bernstein
Plunkett Cooney (Bloomfield Hills)
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304

CLERK OF COURT



By: Deputy Clerk          September 28, 2023
                          Date

## PROOF OF SERVICE

This summons for __Christine C. Weis__ (name of individual and title, if any) was received by me on __Friday Sept 29, 2023__ (date)

☒ I personally served the summons on the individual at __719 Plymouth Ave. SE, East Grand Rapids, Mich. 06__ (place where served) on __Sept. 29, 2023   2:15 pm__ (date)

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __Sept. 29, 2023__

Server's signature
GEORGE NOBEL II
62-B D. CT. OFFICER
(616) 454-9141

Additional information regarding attempted service, etc.:

Server's address