N THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN

The Huntington National Bank,
successor by merger to TCF National
Bank and Chemical Bank,

      Plaintiff,                           Case No. 1:23-cv-1015
                                           Hon. Paul L.  Maloney

vs

Abcor Partners, LLC, a Michigan limited
liability company, Jay T. Weis and
Christine C. Weis,

      Defendants.
_____

### CONSENT JUDGMENT AS TO ABCOR PARTNERS, LLC ONLY

Upon the stipulation of the Plaintiff, The Huntington National Bank, successor by merger to TCF National Bank and Chemical Bank ("**Huntington**"), and Defendant Abcor Partners, LLC ("**Abcor**"), only, as evidenced by the electronic signatures below, **IT IS ORDERED**:

1.      Judgment is entered in favor of Huntington and against Abcor only, in the sum of **$1,501,050.22**, inclusive of all contractually agreed upon costs and fees.

2.      Interest shall accrue as provided for by statute.

3.      Huntington shall apply any funds collected from any other Defendant against the judgment balance.

1

4.      Abcor relinquishes any of rights, title and interest to any

Collateral, as defined in Count III of the Complaint (ECF No. 1), to

Huntington.

This order does not dispose of the final claim, and does not close

the case.

Date:  January 11, 2024

_____/s/ Paul L. Maloney_____
United States District Judge


Stipulated and agreed to
for entry:

Plunkett Cooney

By: /s/Douglas C. Bernstein
Douglas C. Bernstein (P33833)
Attorneys for Huntington

Dunn, Schouten & Snoap, P.C.

By: /s/Perry G. Pastula
Perry G . Pastula (P35588)
Attorneys for Abcor

Abcor Partners, LLC, a Michigan limited
liability company

By: /s/Kent Hildebrand
Its: Manager

Open.01491.24173.32956141-1